### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| Sequency LLC, | § § | Case No. 25-12217-DJB |
| Debtor. | § § | |

### ORDER DISMISSING CASE

Upon the *Motion of the United States Trustee to Dismiss Case* (the "Motion"), and the Court having considered the Motion and all related filings, and the record as a whole, and this Court possessing jurisdiction over this matter and venue being proper, and notice of the Motion having been sufficient and no further notice is required, and upon the record herein, and after due deliberation thereon, and good and sufficient cause appearing therefore; it is hereby:

ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is GRANTED.

2. The Debtor's bankruptcy case is hereby DISMISSED.

Dated: _____

                                                                                The Honorable Derek J. Baker
                                                                                United States Bankruptcy Judge